IN THE DISTRICT COURT IN AND FOR

THE MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

CASE NO. 2:10-cv-674-FTM-36DNF

CHARLES WETHERINGTON,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

_____/

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Florida Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 11th Day of February, 2011.

By:**s/Alex Weisberg**
**Alex Weisberg**
**WEISBERG & MEYERS, LLC**
**5722 South Flamingo Road, #656**
**Cooper City, FL 33330**
**954 337 1885**
**866 775 3666 facsimile**
**aweisberg@AttorneysForConsumers.com**
**Attorney for Plaintiff**

Filed electronically on this 11th Day of February, 2011, with:

United States District Court CM/ECF system

By: s/Jeanette Soto
    Jeanette Soto

## CERTIFICATE OF SERVICE VIA REGULAR MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Ginny L. Walker, Director of Compliance and Administration, Enhanced Recovery Company, LLC, 8014 Bayberry Rd., Jacksonville FL 32256, by depositing the same on February 14, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com