UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CHARLES WETHERINGTON,
    Plaintiff,

v.                              CASE NO: 2:10-CV-674-FTM-36-DNF

ENHANCED RECOVERY COMPANY, LLC,
    Defendant.
_____/

**O R D E R**

Before the Court is the Notice of Dismissal With Prejudice (Doc. 8). In accord with the Notice of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Notice of Dismissal is APPROVED.

    2)    This cause is dismissed, with prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Fort Myers, Florida, on February 14, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record